UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Arista Records LLC
888 Seventh Avenue, 40th Floor
New York, NY 10019;

Atlantic Recording Corporation
1290 Avenue of the Americas
New York, NY 10014;

BMG Music
1540 Broadway
New York, NY 10036;

Capitol Records, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011;

Caroline Records, Inc.
104 W. 29th Street
New York, NY 10001;

Elektra Entertainment Group, Inc.
75 Rockefeller Plaza
New York, NY 10019;

LaFace Records LLC
137-139 West 25th Street
New York, NY 10001;

Lava Records
1290 Avenue of the Americas
New York, NY 10014;

Motown Record Company, L.P.
1755 Broadway, 6th Floor
New York, NY 10019;

Priority Records LLC
1750 N. Vine St.
Los Angeles, CA 90028;

SONY BMG MUSIC ENTERTAINMENT
550 Madison Avenue
New York, NY 10022-3211;

UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404;

Civil Action No.: _____

Virgin Records America, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011;

Warner Bros. Records Inc.
3300 Warner Blvd.
Burbank, CA 91505;

Zomba Recordings LLC
137-139 West 25th Street
New York, NY 10001;
and

Interscope Records
2220 Colorado Avenue
Santa Monica, CA 90404;

                                          Plaintiffs,

              v.

DOES 1 - 16,

                                          Defendants.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, for their complaint against Defendants, allege:

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright

infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq*.).

2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331

(federal question); and 28 U.S.C. § 1338(a) (copyright).

3.      Venue in this District is proper.  See 28 U.S.C. §§ 1391(b), 1400(a).  Although

the true identity of each Defendant is unknown to Plaintiffs at this time, on information and

belief, a substantial part of the acts of infringement complained of herein occurred in this

District.  On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs.  On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one.  In addition, each Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide each Defendant with the access to the Internet which facilitated Defendants' infringing activities.

## PARTIES

4.     Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5.     Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.     Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

7.     Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.     Plaintiff Caroline Records, Inc. is a corporation duly organized and existing under the laws of the State of New York, with its principal place of business in New York.

9.     Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

10.    Plaintiff LaFace Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

11.    Plaintiff Lava Records LLC, a limited liability company, is a joint venture between Atlantic Recording Corporation and Diamond Music LLC, and is duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

12.    Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of California.

13.    Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

14.    Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

15.    Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

16.    Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

17.    Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

18.    Plaintiff ZOMBA RECORDING LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

19.    Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

20.    The true names and capacities of Defendants are unknown to Plaintiffs at this time.  Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her ISP on the date and time of that Defendant's infringing activity.  See Exhibit A.  Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

21.    Although Plaintiffs do not know the true names of Defendants, each Defendant is alleged to have committed violations of the same law (e.g., copyright law), by committing the same acts (e.g., the downloading and distribution of copyrighted sound recordings owned by Plaintiffs), and by using the same means (e.g., a file-sharing network) that each Defendant accessed via the same ISP.  Accordingly, Plaintiffs' right to relief arises out of the same series of transactions or occurrences, and there are questions of law or fact common to all Defendants such that joinder is warranted and appropriate here.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

22.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

23.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound

recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings").  Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

24.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

25.    Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has continuously used, and continues to use, an online media distribution system to download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) the IP address with the date and time of capture and a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public. Through his or her continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution.  Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright.  (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are ongoing.  Exhibit A includes the currently-known total number of audio files being distributed by each Defendant.)

26.     Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A.  These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A.  These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by each Defendant.

27.     Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

28.     As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by that Defendant of each copyrighted recording.  Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

29.     The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs have no adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.     For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation

by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.    For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated:    March 14, 2008

Matthew J. Oppenheim (D.C. Bar No. 443698)
Oppenheim Group
7304 River Falls Drive
Potomac, MD  20854
(301) 299-4986

Attorney for Plaintiffs

## EXHIBIT A DOE LIST

**Doe # 1**             **IP Address:** 71.251.82.250 2007-09-04 06:32:59 EDT

**Doe # 2**             **IP Address:** 71.188.140.67 2007-09-04 06:38:25 EDT

**Doe # 3**             **IP Address:** 71.167.116.168 2007-09-04 20:49:28 EDT

**Doe # 4**             **IP Address:** 71.163.29.100 2007-09-06 08:55:58 EDT

**Doe # 5**             **IP Address:** 96.232.130.243 2008-01-24 05:13:06 EST

**Doe # 6**             **IP Address:** 96.239.33.158 2008-01-24 05:23:57 EST

**Doe # 7**             **IP Address:** 72.77.95.105 2008-01-24 05:29:23 EST

**Doe # 8**             **IP Address:** 71.185.51.45 2008-01-25 10:23:00 EST

**Doe # 9**             **IP Address:** 71.187.27.153 2008-01-25 10:30:35 EST

**Doe # 10**            **IP Address:** 71.176.82.5 2008-01-25 10:24:16 EST

**Doe # 11**            **IP Address:** 72.86.17.107 2008-01-27 18:19:37 EST

**Doe # 12**            **IP Address:** 71.245.174.118 2008-01-27 18:17:09 EST

**Doe # 13**            **IP Address:** 96.228.139.169 2008-01-27 18:38:23 EST

**Doe # 14**            **IP Address:** 72.86.35.217 2008-01-28 23:28:21 EST

**Doe # 15**            **IP Address:** 72.76.17.219 2008-02-19 03:02:47 EST

**Doe # 16**            **IP Address:** 71.188.116.184 2008-02-19 03:10:09 EST

**EXHIBIT A**

**IP Address:** 71.251.82.250 2007-09-04 06:32:59 EDT          **CASE ID#** 141123431

**P2P Network:** GnutellaUS          **Total Audio Files:** 532

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Journey | Faithfully | Frontiers | 43-223 |
| Interscope Records | Eminem | Encore | Encore (single) | 362-156 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |
| UMG Recordings, Inc. | Sum 41 | Fat Lip | All Killer No Filler | 298-689 |
| SONY BMG MUSIC ENTERTAINMENT | Lyfe Jennings | Must Be Nice | Lyfe 268-192 | 363-168 |
| UMG Recordings, Inc. | Sum 41 | Still Waiting | Does This Look Infected? | 337-798 |
| Caroline Records, Inc. | Smashing Pumpkins | Daydream | Gish | 140-511 |
| Elektra Entertainment Group Inc. | The Cure | Friday I'm in Love | Wish | 148-543 |
| Virgin Records America, Inc. | Smashing Pumpkins | Tonight, Tonight | Mellon Collie and the Infinite Sadness | 183-904 |
| Virgin Records America, Inc. | Smashing Pumpkins | Cherub Rock | Siamese Dream | 169-635 |

**EXHIBIT A**

**IP Address:** 71.188.140.67 2007-09-04 06:38:25 EDT                    **CASE ID#** 141123885

**P2P Network:** GnutellaUS                    **Total Audio Files:** 1867

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Fountains of Wayne | Hey Julie | Welcome, Interstate Managers | 335-616 |
| BMG Music | Clay Aiken | The Way | Measure of a Man | 342-295 |
| Warner Bros. Records Inc. | Barenaked Ladies | One Week | Stunt | 257-724 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | I'm Real | J.To Tha L-O!: The Remixes | 309-337 |
| Arista Records LLC | Brad Paisley | I'm Gonna Miss Her | Part II | 298-930 |
| BMG Music | Martina McBride | Valentine | Evolution | 240-332 |
| UMG Recordings, Inc. | Kanye West | Late | Late Registration | 372-867 |
| Capitol Records, Inc. | Keith Urban | Making Memories Of Us | Be Here | 353-271 |
| UMG Recordings, Inc. | Mary J. Blige | Be Without You | The Breakthrough | 384-873 |

## EXHIBIT A

**IP Address:**  71.167.116.168 2007-09-04 20:49:28 EDT          **CASE ID#** 141186200

**P2P Network:**  GnutellaUS                                      **Total Audio Files:** 115

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Burning Up | Burning Up (single) | 45-780 |
| UMG Recordings, Inc. | Black Eyed Peas | Shut Up | Elephunk | 334-398 |
| Warner Bros. Records Inc. | Madonna | Lucky Star | Madonna | 46-877 |
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | Shake Your Bon-Bon | Ricky Martin | 278-159 |
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | She Bangs | Sound Loaded | 305-060 |
| Arista Records LLC | Santana | Smooth | Supernatural | 289-833 |
| Atlantic Recording Corporation | Sean Paul | Get Busy | Dutty Rock | 352-634 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |

**EXHIBIT A**

**IP Address:** 71.163.29.100 2007-09-06 08:55:58 EDT                 **CASE ID#** 141327703

**P2P Network:** GnutellaUS                                                          **Total Audio Files:** 624

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| UMG Recordings, Inc. | The Killers | Mr. Brightside | Hot Fuss | 355-962 |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| Zomba Recording LLC | Bowling for Soup | 1985 | A Hangover You Don't Deserve | 361-081 |
| Warner Bros. Records Inc. | Trapt | Headstrong | Trapt | 317-667 |
| UMG Recordings, Inc. | Black Eyed Peas | Dum Diddly | Monkey Business | 378-166 |
| SONY BMG MUSIC ENTERTAINMENT | Modest Mouse | Float On | Good News For People Who Love Bad News | 353-218 |
| Capitol Records, Inc. | Everclear | Brown Eyed Girl | Songs from an American Movie - Vol. 1, Learning How to Smile | 284-811 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Parallel Universe | Californication | 174-922 |

**EXHIBIT A**

**IP Address:** 96.232.130.243 2008-01-24 05:13:06 EST          **CASE ID#** 156652064

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 236

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ghostface | Ghostface | The Pretty Toney Album | 353-392 |
| Priority Records LLC | Ice Cube | Hello | War & Peace: Vol. 2 | 287-151 |
| SONY BMG MUSIC ENTERTAINMENT | Cypress Hill | Rap Superstar | Skull & Bones | 287-128 |
| SONY BMG MUSIC ENTERTAINMENT | Ruff Endz | Someone to Love You | Someone to Love You | 318-691 |
| Capitol Records, Inc. | Yellowcard | Miles Apart | Ocean Avenue | 343-413 |
| BMG Music | Cassidy | B-Boy Stance | I'm A Hustla | 377-767 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The Message | It Was Written | 220-016 |
| BMG Music | Mobb Deep | Survival Of The Fittest | The Infamous | 209-806 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |

**EXHIBIT A**

**IP Address:** 96.239.33.158 2008-01-24 05:23:57 EST                **CASE ID#** 156652508

**P2P Network:** GnutellaUS                **Total Audio Files:** 937

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Five for Fighting | 100 Years | 100 Years (single) | 379-570 |
| Arista Records LLC | Dido | Thank You | No Angel | 289-904 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| SONY BMG MUSIC ENTERTAINMENT | Good Charlotte | Change | Good Charlotte | 288-305 |
| UMG Recordings, Inc. | Black Eyed Peas | Gone Going | Monkey Business | 378-166 |
| Warner Bros. Records Inc. | Enya | Only Time | A Day Without Rain | 290-690 |
| Interscope Records | Eminem | Encore | Encore (single) | 362-156 |
| UMG Recordings, Inc. | Blink-182 | Stay Together For The Kids | Take Off Your Pants And Jacket | 301-317 |
| UMG Recordings, Inc. | Akon | Lonely | Trouble | 361-456 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Why Georgia | Room for Squares | 305-049 |

**EXHIBIT A**

**IP Address:** 72.77.95.105 2008-01-24 05:29:23 EST                **CASE ID#** 156652931

**P2P Network:** GnutellaUS                **Total Audio Files:** 924

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | The Strokes | Reptilia | Room on Fire | 342-282 |
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | 320-120 |
| BMG Music | Dave Matthews Band | Lie In Our Graves | Crash | 212-572 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | By Your Side | Lovers Rock | 298-354 |
| Capitol Records, Inc. | Pink Floyd | Another Brick in the Wall, Pt. 2 | The Wall | 14-787 |
| UMG Recordings, Inc. | U2 | All Because Of You | How To Dismantle An Atomic Bomb | 362-201 |
| BMG Music | Kenny Chesney | Beer In Mexico | The Road and the Radio | 383-449 |
| Arista Records LLC | Grateful Dead | West L.A. Fadeaway | In The Dark | 90-055 |

**EXHIBIT A**

**IP Address:** 71.185.51.45 2008-01-25 10:23:00 EST          **CASE ID#** 156809158

**P2P Network:** GnutellaUS          **Total Audio Files:** 771

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Keith Urban | Your Everything | Keith Urban | 273-265 |
| BMG Music | David Gray | Please Forgive Me | White Ladder | 297-324 |
| Warner Bros. Records Inc. | Disturbed | Stricken | Stricken (single) | 380-288 |
| Zomba Recording LLC | Backstreet Boys | Just Want You To Know | Never Gone | 365-999 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| BMG Music | Clay Aiken | This Is the Night | Measure of a Man | 342-295 |
| UMG Recordings, Inc. | Rihanna | Unfaithful | A Girl Like Me | 387-137 |
| UMG Recordings, Inc. | Hinder | Better Than Me | Extreme Behavior | 379-192 |

**EXHIBIT A**

**IP Address:** 71.187.27.153 2008-01-25 10:30:35 EST                    **CASE ID#** 156809804

**P2P Network:** GnutellaUS                              **Total Audio Files:** 948


| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| UMG Recordings, Inc. | Blink-182 | The Rock Show | Take Off Your Pants And Jacket | 301-317 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | All Around The World | Be Here Now | 243-629 |
| BMG Music | Cassidy | 6 Minutes | I'm A Hustla | 377-767 |
| SONY BMG MUSIC ENTERTAINMENT | The Clash | Should I Stay Or Should I Go | Combat Rock | 34-959 |
| Arista Records LLC | Monica | Right Here Waiting | The Boy is Mine | 263-982 |
| Warner Bros. Records Inc. | The Used | The Taste of Ink | The Used | 314-399 |
| Lava Records LLC | Simple Plan | I'd Do Anything | No Pads, No Helmets…Just Balls | 351-060 |
| SONY BMG MUSIC ENTERTAINMENT | Chevelle | The Red | Wonder What's Next | 324-184 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Wonderwall | (What's The Story) Morning Glory | 289-141 |
| Warner Bros. Records Inc. | Linkin Park | Numb | Meteora | 346-247 |

## EXHIBIT A

**IP Address:** 71.176.82.5 2008-01-25 10:24:16 EST                    **CASE ID#** 156810115

**P2P Network:** GnutellaUS                    **Total Audio Files:** 470

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | The Offspring | Feelings | Americana | 264-015 |
| Warner Bros. Records Inc. | Tom Petty | Wildflowers | Wildflowers | 202-052 |
| LaFace Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| Zomba Recording LLC | Three Days Grace | Home | Three Days Grace | 338-429 |
| UMG Recordings, Inc. | 50 Cent | Like My Style | Get Rich Or Die Tryin' | 337-801 |
| UMG Recordings, Inc. | Weezer | My Name is Jonas | Weezer (Blue Album) | 187-644 |
| Interscope Records | Eminem | Soldier | Eminem Show | 317-924 |

**EXHIBIT A**

**IP Address:** 72.86.17.107 2008-01-27 18:19:37 EST                    **CASE ID#** 157117507

**P2P Network:** GnutellaUS                                                **Total Audio Files:** 958

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Alan Jackson | Remember When | Greatest Hits Volume II | 340-026 |
| UMG Recordings, Inc. | U2 | Beautiful Day | All That You Can't Leave Behind | 294-631 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Cherish The Day | Love Deluxe | 183-731 |
| BMG Music | Dave Matthews Band | Say Goodbye | Crash | 212-572 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| BMG Music | Brad Paisley | When I Get Where I'm Going | Time Well Wasted | 366-007 |
| Warner Bros. Records Inc. | Linkin Park | Numb | Meteora | 346-247 |
| UMG Recordings, Inc. | Black Eyed Peas | Gone Going | Monkey Business | 378-166 |
| UMG Recordings, Inc. | Hoobastank | The Reason | The Reason | 339-555 |

**EXHIBIT A**

**IP Address:** 71.245.174.118 2008-01-27 18:17:09 EST          **CASE ID#** 157120274

**P2P Network:** GnutellaUS                                     **Total Audio Files:** 416

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Champagne Supernova | (What's The Story) Morning Glory | 289-141 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| Atlantic Recording Corporation | Pretty Ricky | Playhouse | Bluestars | 376-229 |
| UMG Recordings, Inc. | Kanye West | Get Em High | College Dropout | 347-391 |
| Zomba Recording LLC | 311 | Amber | From Chaos | 301-893 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |
| UMG Recordings, Inc. | Gin Blossoms | Follow You Down | Follow You Down (single) | 231-383 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Landslide | Home | 314-722 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | La Tortura | Fijacion Oral Vol. 1 | 372-418 |
| UMG Recordings, Inc. | Weezer | Say It Ain't So | Weezer (Blue Album) | 187-644 |

**EXHIBIT A**

**IP Address:** 96.228.139.169 2008-01-27 18:38:23 EST                    **CASE ID#** 157124271

**P2P Network:** GnutellaUS                                                **Total Audio Files:** 836

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | The Used | On My Own | The Used | 314-399 |
| Warner Bros. Records Inc. | Mike Jones | Back Then | Who Is Mike Jones? | 374-374 |
| BMG Music | Lit | Zip-Lock | A Place in the Sun | 264-272 |
| Arista Records LLC | Alan Jackson | Gone Country | Who I Am | 202-090 |
| UMG Recordings, Inc. | Akon | Lonely | Trouble | 361-456 |
| UMG Recordings, Inc. | Nelly | Over and Over | Suit | 358-551 |
| Warner Bros. Records Inc. | Faith Hill | This Kiss | Faith | 253-752 |
| Warner Bros. Records Inc. | Green Day | American Idiot | American Idiot | 362-125 |
| Capitol Records, Inc. | Deana Carter | Strawberry Wine | Did I Shave My Legs For This? | 229-757 |

# EXHIBIT A

**IP Address:** 72.86.35.217 2008-01-28 23:28:21 EST            **CASE ID#** 157290428

**P2P Network:** GnutellaUS                                     **Total Audio Files:** 503

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Weezer | The Good Life | Pinkerton | 226-562 |
| Capitol Records, Inc. | Radiohead | Bends | The Bends | 280-260 |
| Interscope Records | Nine Inch Nails | March of the Pigs | The Downward Spiral | 190-639 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Wonderwall | (What's The Story) Morning Glory | 289-141 |
| Interscope Records | Nine Inch Nails | The Perfect Drug | The Perfect Drug (EP) | 236-660 |
| Interscope Records | Limp Bizkit | Faith | Three Dollar Bill, Y'all$ | 238-798 |
| UMG Recordings, Inc. | Gin Blossoms | Hey Jealousy | New Miserable Experience | 147-035 |
| Warner Bros. Records Inc. | The Used | Maybe Memories | The Used | 314-399 |
| UMG Recordings, Inc. | Counting Crows | Round Here | August and Everything After | 172-267 |
| SONY BMG MUSIC ENTERTAINMENT | Modest Mouse | Black Cadillacs | Good News For People Who Love Bad News | 353-218 |

**EXHIBIT A**

**IP Address:** 72.76.17.219 2008-02-19 03:02:47 EST          **CASE ID#** 159686690

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 313

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| UMG Recordings, Inc. | The Pussycat Dolls | Wait A Minute | PCD | 377-102 |
| UMG Recordings, Inc. | Sum 41 | The Hell Song | Does This Look Infected? | 337-798 |
| UMG Recordings, Inc. | Rihanna | Pon De Replay | Music Of The Sun | 372-611 |
| UMG Recordings, Inc. | 50 Cent | High All the Time | Get Rich Or Die Tryin' | 337-801 |
| UMG Recordings, Inc. | Tonic | If You Could Only See | Lemon Parade | 257-075 |
| Atlantic Recording Corporation | P.O.D. | Boom | Satellite | 303-757 |
| Interscope Records | Dr. Dre | Still D.R.E. | Still D.R.E. (single) | 279-401 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |

**EXHIBIT A**

**IP Address:** 71.188.116.184 2008-02-19 03:10:09 EST                    **CASE ID#** 159687357

**P2P Network:** GnutellaUS                                                **Total Audio Files:** 589

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Jessica Simpson | With You | In This Skin | 378-700 |
| Atlantic Recording Corporation | Sugar Ray | Every Morning | 14:59 | 262-149 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| BMG Music | Dave Matthews Band | If I Had It All | Everyday | 300-313 |
| SONY BMG MUSIC ENTERTAINMENT | Maria Mena | What's Another Day | White Turns Blue | 360-223 |
| Arista Records LLC | LFO | Summer Girls | LFO | 306-981 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Neon | Room for Squares | 305-049 |
| BMG Music | Dave Matthews Band | Lover Lay Down | Under the Table and Dreaming | 285-688 |

E
08-446
JDB

JS-44
(Rev. 2/01 DC)

# CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS**<br>ARISTA RECORDS LLC, et al. | **DEFENDANTS**<br>DOES 1 - 16 |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF New York County, NY

(EXCEPT IN U.S. PLAINTIFF CASES)

88888

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ...

Case: 1:08-cv-00446
Assigned To : Bates, John D.
Assign. Date : 3/14/2008
Description: General Civil

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Matthew J. Oppenheim (D.C. Bar No. 443698)
Oppenheim Group
7304 River Falls Drive
Potomac, MD 20854
(301) 299-4986

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | **Any nature of suit from any category may be selected for this category of case assignment.**<br><br>*(If Antitrust, then A governs)* |

## ☒ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☒ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational

**Safety/Health**
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410

☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ **G. Habeas Corpus/ 2255** | ☐ **H. Employment Discrimination** | ☐ **I. FOIA/PRIVACY ACT** | ☐ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>**\*(If pro se, select this deck)\*** | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>**\*(If pro se, select this deck)\*** | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K. Labor/ERISA (non-employment)** | ☐ **L. Other Civil Rights (non-employment)** | ☐ **M. Contract** | ☐ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities- Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag Judge

---

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
*17 U.S.C. § 501 et seq. – copyright infringement*

---

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS<br>☐   ACTION UNDER F.R.C P. 23 | **DEMAND $** | Check YES only if demanded in complaint<br>**JURY DEMAND:** ☐ YES   ☒ NO |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | ☐ YES   ☒ NO | If yes, please complete related case form |
|---|---|---|---|

**DATE** March 14, 2008   **SIGNATURE OF ATTORNEY OF RECORD** _(signature)_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES. This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.