UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTA RECORDS LLC., et al, <br>       Plaintiffs, <br><br> v. <br><br> DOES 1-16, <br>       Defendants. | ) <br> ) <br> ) <br> )   Civil Action No. 1:08-cv-0446-JDB <br> ) <br> ) <br> ) <br> ) |

## MOTION TO FILE PLEADINGS UNDER ASSUMED NAME OF DOE #4 AND TO PROTECT IDENTITY OF REAL PARTY IN INTEREST

Comes now Doe #4, by and through counsel, and hereby moves this Honorable Court, for an order protecting the identity of Doe #4 in the above captioned action.

As grounds for this motion, Doe #4 states as follows:

Doe #4 is a licensed physician in the state of Virginia who uses Verizon as its internet service provider for the personal computer Doe #4 maintains in its home.

Doe #4 is a parent of a minor child who had access to the home computer. If downloads that are alleged to have violated copyright occurred, they are likely to have been done by the minor child.

Doe #4 received a copy of a subpoena issued by Plaintiffs' seeking information pertaining to its identity. Specifically, Plaintiffs seek to have Verizon provide the identity of the account holder holding the IP address set forth in the subpoena. Plaintiffs will then obviously seek to substitute the account holder by name for DOE #4.

Doe #4 does not wish its identity disclosed. Doe #4 is concerned that disclosure of its name in this suit will tar them with reputational loss in its trade and business. Doe #4 is

concerned that merely identifying Doe #4 will raise concerns with patients and entities whom Doe #4 serves.

In addition, as the substantive motion states, Doe #4 is concerned that once its identity is released, Plaintiffs will attempt to secure information from the computer which could invade client confidentiality.

As a further consideration, identification of Doe #4 will not identify the purported infringer nor would it tend to establish liability. Even if Doe #4 is identified, Plaintiffs still will need to establish that Doe #4 is responsible for any infringement. That task will be difficult since in Virginia parents cannot be held liable for the tortious conduct of their minor children, without some duty independent of the parental relationship. *See*, e.g., Bell v. Hudgins, 232 VA 491, 352 S.E. 2d 332 (VA 1987).

Doe #4, therefore, seeks to keep its identity secret since identification would invariably vitiate the ability of Doe #4 to seek the protection sought in the Motion to Quash in the first instance.

Respectfully submitted,

Doe #4
*Defendant by Counsel*

**GRAD, LOGAN & KLEWANS, P.C.**

_____/s/ Kevin Byrnes_____
Kevin Byrnes, VSB #47623
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
703-548-8400 Phone
703-836-6289 Fax
*Counsel for Doe #4*

## *CERTIFICATE OF SERVICE*

     I hereby certify that on this 23rd day of May, 2008, a true copy of the foregoing Motion to File Pleadings under Assumed Name of Doe #4 and to Protect Identity of Real Party in Interest was delivered by filing and entering the same upon the electronic court filing website of the United States District Court of the District of Columbia, to the attention of Defendant's counsel; and by U.S. Mail and facsimile to Verizon Internet Services, Inc., as follows:

Matthew J. Oppenheim, Esq.
OPPENHEIM GROUP
7304 River Falls Drive
Potomac, MD 20854
Phone: (301) 299-4986
Email: matt@oppenheimgroup
*Attorney for Plaintiffs*

Custodian of Records (Civil)
Verizon Internet Services, Inc.
1880 Campus Commons Drive
Reston, VA 20191
Facsimile: 800-997-9981

                                             /s/ Kevin Byrnes

                                            Counsel

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTA RECORDS LLC., et al,<br>    Plaintiffs, | )<br>)<br>) |
| v. | )   Civil Action No. 1:08-cv-0446-JDB |
| DOES 1-16,<br>    Defendants. | )<br>)<br>)<br>) |

## ORDER

    This matter having come before the Court on this _____ day of May, 2008, and based upon the submissions and arguments of counsel and for good cause shown it is hereby:

    ORDERED that Defendant Doe #4's Motion to Protect Identity is granted on the grounds set forth in Defendant Doe #4's submission.

 

_____
John D. Bates
United States District Judge