UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARISTA RECORDS LLC, *ET AL.*,

                Plaintiffs,

    v.

DOES 1 - 16,

                Defendants.

Civil Action No.: 1:08-cv-00446-JDB

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant Does 1-3 and 5-16, each party to bear its/his own fees and costs.

                                            Respectfully submitted,

Dated:    June 17, 2008               **/s/**
                                            Matthew J. Oppenheim (D.C. Bar No. 443698)
                                            Oppenheim Group
                                            7304 River Falls Drive
                                            Potomac, MD  20854
                                            (301) 299-4986

                                            Attorney for Plaintiffs