UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARISTA RECORDS LLC, *ET AL.*,

                    Plaintiffs,

      v.

DOES 1 - 16,                            Civil Action No.:  1:08-cv-00446-JDB

                    Defendants.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant Does 1-3 and 5-16, each party to bear its/his own fees and costs.

                    Respectfully submitted,

Dated:     July 9, 2008          **/s/**
                                    Matthew J. Oppenheim (D.C. Bar No. 443698)
                                    The Oppenheim Group
                                    7304 River Falls Drive
                                    Potomac, MD  20854
                                    (301) 299-4986

                                    Attorney for Plaintiffs